AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

       v.                                        CASE NUMBER: 97-025(PG)

MANUEL L. GOMEZ-GONZALEZ

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Carlos J. Martinez  be terminated.

MAY 19, 2005_____                    _/s/ Aramis G. Ríos_____
*Date*                                    *Signature*

                                          ARAMIS G. RIOS, AUSA_____
                                          *Print Name*

                                          Suite 1201, Torre Chardon,_____
                                          350 Carlos Chardon Street_____
                                          Hato Rey, Puerto Rico 00918_____
                                          *Address*

                                          (787) 766-5656_____
                                          Phone Number
                                          aramis.rios@usdoj.gov _____
                                          E-mail Address

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date MAY 19, 2005, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing.


 /s/ Aramis G. Ríos
ARAMIS G. RIOS, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: aramis.rios@usdoj.gov